IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JANE PHIPPS                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 1:19-CV-42-SA-DAS

WAL-MART STORES EAST, LP                                                                DEFENDANT

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Jane Phipps, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that Defendant Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this the 10th day of April, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

/s/ Thomas M. Louis
Thomas M. Louis (MSB No. 8484)
Dorissa S. Smith (MSB No. 104541)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorneys for Defendant*

/s/ George E. Dent
George E. Dent
Greer, Russell, Dent & Leathers, PLLC
P.O. Box 907
Tupelo, MS 38802-0068
*Attorney for Plaintiff*